# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

DONALD C. BURRELL,

     Petitioner,

     v.

ERIC ARMEL, *et al.*,

     Respondents.

CIVIL ACTION NO. 1:23-cv-00582

(SAPORITO, J.)

## ORDER

**AND NOW**, this 2nd day of July, 2026, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1.    The petition for writ of *habeas corpus* (Doc. 43) is **DENIED**. A certificate of appealability shall not issue.

2.    The Clerk is **DIRECTED** to close this case.

Dated: July 2, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge